In re NOMINATION PETITION OF Deborah TONEY–MOORE, As Candidate for the Democratic Nomination for Representative in the General Assembly from the 192nd District in the Primary Election of April 27, 2004.

**Appeal of Louise Williams Bishop.**

Supreme Court of Pennsylvania.

April 5, 2004.

Kevin R. Baird, Philadelphia, for Deborah Toney–Morre.

Gregory M. Harvey, Philadelphia, for Louise William Bishop.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 5th day of April, 2004, the ORDER of the Commonwealth Court is hereby AFFIRMED.